# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138875 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                SC: 138875
                                                COA: 290336

JACOB TRAKHTENBERG,
        Defendant-Appellant.
                                                Oakland CC: 2005-203484-FH

_____/

        On order of the Court, the application for leave to appeal the March 20, 2009 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The motion to withdraw as counsel and the application for leave to appeal remain pending.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

Clerk

s1217